CITY OF BAYONNE BOARD OF EDUCATION v. BAYONNE
TEACHERS' ASSOCIATION.

February 10, 1981

Petition for certification denied.

BAYONNE TEACHERS' ASSOCIATION v. BOARD OF
EDUCATION OF THE CITY OF BAYONNE.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD DWORKIN.

February 10, 1981.

Petition for certification denied.

IN THE MATTER OF LOCAL 195, IFPTE, AFL–CIO v. STATE
OF NEW JERSEY.

February 10, 1981.

Petition for certification denied.